## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | **CHARLES EVANS TRUCKING, INC.** | **CASE NO. 18-50885 KMS** |
| | **DEBTOR** | **CHAPTER 7** |

### MOTION FOR AUTHORITY TO SELL
### PROPERTY FREE AND CLEAR OF LIENS

Chapter 7 Trustee, Kimberly R. Lentz ("Trustee") files this Motion for Authority to Sell Property Free and Clear of Liens pursuant to §363(b) and §363 (f) of the *United States Bankruptcy Code*, Rules 6004, 2002(a)(2), 2002(c)(1) and 9014 of the *Federal Rules of Bankruptcy Procedure* and Miss. Bankr. L.R. 9014-1 as follows:

1. This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1334. This Court has the statutory authority to enter a final order in connection with this matter pursuant to 28 U.S.C. §157(b)(2) (A), (N) and (O). This Court has the constitutional authority to enter a final order in connection with this matter.

2. Charles Evans Trucking, Inc. ("Debtor") filed a petition for relief under Chapter 7 of the *Bankruptcy Code* on May 4, 2018. Kimberly R. Lentz is the duly appointed and acting trustee of the Debtor's bankruptcy estate.

3. The Debtor owns the vehicles, equipment and trailers itemized on Exhibit "A" attached hereto which are valued at approximately $623,000.00 ("Trucking Assets"). The Trucking Assets are subject to a lien in favor of the Bank of Wiggins.

4. The Trustee requests authority to sell the Trucking Assets to Big Level Trucking, Inc., a Mississippi corporation ("Purchaser"), for the purchase price of $576,500.00.

5. The Trustee requests that the sale be free and clear of all liens, claims and encumbrances pursuant to 11 U.S.C. §363(f), except as set forth in Paragraph 6 below and with the exception of the lien held by the Bank of Wiggins' lien in the approximate amount of $480,000.00. Said lien is recognized as being valid and is expressly preserved and the debt secured by said lien

1

is to be assumed by the Purchaser, Big Level Trucking, Inc. In addition to the assumption by the Purchaser of the existing loan which will be renewed, extended and/or modified, the Bank of Wiggins will make a new loan to the Purchaser for the additional funds necessary to complete the proposed sale. Any costs of transferring title, any federal or state excise tax, highway tax, fuel, IFTA, petroleum tax or other taxes applicable to common carriers will be borne by the Purchaser. The bankruptcy estate will receive a net amount of $101,500.00 without reduction of any kind.

6. Ramco, Inc. DBA Pinebelt Oil ("Pinebelt Oil") is the Debtor's only scheduled unsecured creditor. Prior to the filing of the Petition for Relief, Pinebelt Oil filed a civil action in the Circuit Court of Lamar County, Mississippi styled *Ramco, Inc. et. al. v. Charles Guy Evans & Sons, Inc. et. al.* Cause No:37:16cv086 ("State Court Action")[1] against the Debtor and other Defendants, including the Purchaser. On account of the allegations of Pinebelt Oil in the State Court Action, including, but not limited to, allegations made after the filing of the State Court Action, and on account of any potential claims of the bankruptcy estate against the Purchaser and other persons and entities, in the event of entry a judgment in the State Court Action in favor of Pinebelt against Purchaser or in the event any claims are made against Purchaser by the Trustee, neither Pinebelt nor the Trustee shall have the right to levy, resort to or execute as to the Trucking Assets on account of the sale being free and clear of all liens, interests and encumbrances as to the Trucking Assets only.

7. The Bank of Wiggins, Pinebelt, the Debtor and Purchaser have consented to the sale on terms set forth herein and will approve and sign the order approving the sale.

---

[1] The State Court Action was removed to the United States District Court for the Southern District of Mississippi and assigned No:2:18-cv-00081-KS-MTP. On August 1, 2018, the District Court entered an Order Granting Motion for Referral to Bankruptcy Court. The civil action was assigned Adversary Proceeding No. 18-06031.

8. The sale shall be closed within three business days of entry of an order approving the sale, unless the order is subject to a stay of the Bankruptcy Court, the District Court or the Fifth Circuit Court of Appeals. The sale shall be closed at 2505 14th Street, Ste. 500, Gulfport, Mississippi, 39501.

9. Section 363(b)(1) of the *Bankruptcy Code* provides that (after notice and a hearing) "the Trustee may use, sell or lease, other than in the ordinary course of business, property of the estate." In addressing the standards of a § 363(b) sale, the Fifth Circuit has held:

> A sale of assets under § 363, as implemented by rule 6004, requires notice and a hearing and is subject to court approval and must be supported by an articulated business justification, good business judgment, or sound business reasons (citing *In re Continental Air Lines, Inc.*, 780 F.2d 1223, 1226 (5th Cir. 1986). A trustee has the duty to maximize the value of the estate (citing *Commodity Futures Trading Comm'n v. Weintraub*, 471 U.S. 343, 353, 105 S. Ct. 1986, 85 L. Ed. 2d 372 (1985)). As a general matter, the trustee must demonstrate that the proposed sale price is the highest and best offer, though a bankruptcy court may accept a lower bid in the presence of sound business reasons, such as substantial doubt that the higher bidder can raise the cash necessary to complete the deal. (citing 3 COLLIER ON BANKRUPTCY P 363.02[1][f] (15th ed. rev. 2009)).

*The Cadle Co. v. Mims (In re Moore)*, 608 F.3d 253, 263 (5th Cir. 2010). *See also In re VCR I, LLC*, 2018 WL 2094301 (Case No. 12-02009 EE, S.D. Miss. 2018).

10. The Trustee believes that the sale of the Trucking Assets on the terms set forth above is in the best interest of the bankruptcy estate, the creditors and all parties-in-interest and should be approved by the Court.

11. The Trustee requests authority to execute and deliver to the Purchaser conveyance and transfer documents necessary to consummate the transaction.

12. The Trustee requests this Court to authorize the consummation of the sale without subjecting the order to a stay of execution, as permitted under Rules 7062 and 6004(h) of the *Federal Rules of Bankruptcy Procedure*.

WHEREFORE, Kimberly R. Lentz, Chapter 7 Trustee, requests the Court to enter an order granting the relief requested above and further grant the Trustee all other relief to which she is entitled, given the premises.

Respectfully Submitted,

**KIMBERLY R. LENTZ, CHAPTER 7 TRUSTEE**

By: */s/ Kimberly R. Lentz*
    Kimberly R. Lentz

OF COUNSEL:
William J. Little, Jr., MSB No. 1287
Kimberly R. Lentz, MSB 8986
W. Jarrett Little, MSB No. 104812
Lentz & Little, PA
2505 14th Street, Suite 500
Gulfport, Mississippi 39501
(228) 867-6050
kim@lentzlittle.com

## CERTIFICATE OF SERVICE

I, Kimberly R. Lentz, do hereby certify that the following have been served electronically via ECF with a copy of the foregoing document:

United States Trustee: USTPRegion05.JA.ECF@usdoj.gov
Walter Newman, attorney for the Debtor: wnewman95@msn.com
Robert A. Byrd, attorney for Pinebelt Oil: rab@byrdwiser.com

I further certify that I mailed a true and correct copy of the foregoing document to:

Charles Evans Trucking, Inc.
P. O. Box 306
Wiggins, MS 39577

William Wessler, Esq.
Attorney for Bank of Wiggins
1624 24th Avenue
Gulfport, MS 39501

M. Garner Berry
Markow Walker, P.A.
Post Office Box 13669
Ridgeland, MS 39157

This the 10th day of October, 2018.

*/s/ Kimberly R. Lentz*
Kimberly R. Lentz

4

## TRACTOR & TRAILER TITLE LIST

| | Unit # | YEAR | MAKE | MODEL | BODY | VIN# | VALUE | NOTES | |
|---|---|---|---|---|---|---|---|---|---|
| **Bulk Trailers** | | | | | | | | | |
| 1 | 7724 | 1981 | FRUE | TRL | TL | 1H4B04126BK015724 | $23,000 | SOLD To Mobile Abrasives | March 2018 Funds went to DOW |
| 2 | 7538 | 1975 | BUIC | 538 | TL | 5385345 | $17,000 | | |
| 3 | 7163 | 1979 | BUIC | 102 | TL | 2163B45 | $20,000 | | |
| 4 | 7216 | 1979 | BUIC | 102 | TL | 2169B45 | $20,000 | | |
| 5 | 7341 | 1974 | BUTL | IDE | TN | 3416245 | $17,000 | | |
| 6 | 7191 | 1972 | BUTL | IDE | TN | 1916245 | $16,000 | | |
| 7 | 7876 | 1979 | BUIC | 102 | TL | 8760745 | $18,000 | | |
| 8 | 7616 | 1980 | UL | BUL | TL | A4000616 | $20,000 | Wrecked | uninsured at the time of the wreck |
| 9 | 7601 | 1978 | FRUE | CNZ | TL | 0MZ803601 | $18,000 | | |
| **Pole Trailers** | | | | | | | | | |
| 10 | 8010 | 1983 | LUFK | SPE | TL | 1L01B452XD1051924 | $10,000 | | |
| 11 | 8006 | 1986 | HMDE | TLR | TL | 7ST4772G4SPLA | $10,000 | | |
| 12 | 8014 | 1986 | HOME | POL | TL | M861562STC | $7,500 | Wrecked | uninsured at the time of the wreck |
| 13 | 8015 | 1987 | HMDE | WD | TR | M861029STC | $7,500 | | |
| 14 | 8020 | 1968 | HIL | POL | TL | MSA8764 | $7,500 | | |
| 15 | 8011 | 1980 | DATS | 266 | TL | OSSOK1080 | $7,500 | | |
| **Lowboy Trailer** | | | | | | | | | |
| 16 | 8001 | 2003 | PITT | KB4 | TL | 5JYKB4327P030616 | $10,000 | | |
| 17 | 8003 | 2004 | EVAN | D45 | TL | 1J9Y14586400003500 | $15,000 | | |
| **Dump Trailer** | | | | | | | | | |
| 18 | 1002 | 1991 | PALM | TA2 | TL | 1P924552TMA003202 | $10,000 | | |
| 19 | 1004 | 2003 | HMDE | D | D | M503HMC09C0002331 | $6,500 | | |
| **Flatbed Trailer** | | | | | | | | | |
| 20 | 5501 | 2000 | UTLL | FLA | TL | 1UYFS2486YA361501 | $7,500 | Sold to Navistar Financial | March 2008 Funds went to ????? |
| 21 | 5502 | 2000 | UTLL | FLS | TL | 1UYFS2488YA361502 | $7,500 | Sold to Navistar Financial | March 2008 Funds went to ????? |
| 22 | 5503 | 2000 | UTLL | N/A | TR | 1UYFS248XYA361503 | $7,500 | Sold to Navistar Financial | March 2008 Funds went to ????? |
| 23 | 5504 | 2000 | UTLL | FLA | TL | 1UYFS2481YA361504 | $7,500 | Sold to Navistar Financial | March 2008 Funds went to ????? |
| 24 | 5505 | 2000 | UTLL | FL | TL | 1UYFS2483YA361505 | $7,500 | Sold to Navistar Financial | March 2008 Funds went to ????? |
| 25 | 5506 | 2000 | UTLL | FLA | TL | 1UYFS2485YA361506 | $7,500 | Sold to Navistar Financial | March 2008 Funds went to ????? |
| 26 | 5801 | 2003 | UT | N/A | TR | 1UYFS24883A149501 | $10,500 | | |
| 27 | 5802 | 2003 | UT | N/A | TR | 1UYFS248X3A149502 | $10,500 | | |
| 28 | 5803 | 2003 | UT | N/A | FL | 1UYFS24813A149503 | $10,500 | | |
| 29 | 5804 | 2003 | UT | N/A | TR | 1UYFS24833A149504 | $10,500 | | |
| 30 | 5805 | 2003 | JT | N/A | TL | 1UYFS24853A149505 | $10,500 | | |
| 31 | 5806 | 2003 | UT | N/A | TR | 1UYFS24873A149506 | $10,500 | | |
| 32 | 5807 | 2003 | UT | N/A | TR | 1UYFS24893A149507 | $10,500 | | |
| 33 | 5701 | 2001 | UT | N/A | TR | 1UYFS24821A667701 | $8,000 | | |
| 34 | 5702 | 2001 | UT | N/A | TL | 1UYFS24841A667702 | $8,000 | | |
| 35 | 5703 | 2001 | UT | N/A | N/ | 1UYFS24861A667703 | $8,000 | | |
| 36 | 5704 | 2001 | UT | N/A | TL | 1UYFS24881A667704 | $8,000 | | |
| 37 | 5706 | 2001 | UT | N/A | TR | 1UYFS24811A667706 | $7,500 | | |
| 38 | 5707 | 2003 | UT | FLT | TL | 1UYFS24843A997701 | $10,500 | | |
| 39 | 5708 | 2003 | UT | N/A | TL | 1UYFS24863A997702 | $10,500 | | |
| 40 | 5709 | 2003 | UT | N/A | TL | 1UYFS24883A997703 | $9,500 | | |
| 41 | 5710 | 2003 | UT | N/A | TL | 1UYFS248X3A997704 | $9,500 | | |
| 42 | 5711 | 2003 | UT | N/A | TL | 1UYFS24813A997705 | $9,500 | | |
| 43 | 5712 | 2003 | UT | N/A | TR | 1UYFS24833A997706 | $9,500 | | |
| **Van Trailer** | | | | | | | | | |
| 44 | 9112 | 2000 | UT | NA | TR | 1UYVS2537YP110112 | $7,500 | Wrecked | uninsured at the time of the wreck |
| 45 | 9603 | 1999 | UT | NA | TR | 1UYVS2533XP859603 | $8,500 | Wrecked | uninsured at the time of the wreck |
| **Cattle Trailer** | | | | | | | | | |
| 46 | 9998 | 1997 | MERR | TRL | TL | 1MT2N5022VH010912 | $20,000 | | |
| **Trucks** | | | | | | | | | |
| 47 | 3130 | 2007 | PTRB | 379 | DS | 1XP5DB9X07N736130 | $42,500 | | |
| 48 | 3409 | 2003 | PTRB | 379 | DS | 1XP5DB9X33N596409 | $24,925 | | |
| 49 | 3609 | 2007 | PTRB | 379 | DS | 1XP5DB9X37N628609 | $42,500 | | |

Total Asset Value: $623,425.00

Big Level Trucking Offer for Assets listed above: $576,668.13  As of 4/23/18

Bank of Wiggins Line of Credit/Loan #898025000 Principle Balance: $475,211.64  As of 4/20/18

Equity: $101,456.49

