**UNITED STATES BANKRUPTCY COURT**
SOUTHERN **DISTRICT OF** MISSISSIPPI
GULFPORT 6 **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| CHARLES EVANS TRUCKING, INC. | § | Case No. 18-50885-KMS |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/04/2018. The undersigned trustee was appointed on 05/04/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 576,500.00 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 12,680.61 |
| Bank service fees | 0.00 |
| Other payments to creditors | 530,000.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---:|
| Leaving a balance on hand of[1] | $ | 33,819.39 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was 01/28/2019 and the deadline for filing governmental claims was 01/28/2019. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $32,075.00.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests a sum of $32,075.00, for a total compensation of $32,075.00$^2$.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $223.30, for total expenses of $223.30$^2$.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/15/2020        By: /s/Kimberly R. Lentz
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^2$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| Case No: | 18-50885 | KMS | Judge: | Katharine M. Samson | Trustee Name: | Kimberly R. Lentz |
| Case Name: | CHARLES EVANS TRUCKING, INC. | | | | Date Filed (f) or Converted (c): | 05/04/2018 (f) |
| | | | | | 341(a) Meeting Date: | 06/12/2018 |
| For Period Ending: | 12/15/2020 | | | | Claims Bar Date: | 01/28/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  2000 FLS UTLL TR | 7,500.00 | 10,916.37 | | 10,916.37 | FA |
| 2.  1981 FRUE TR | 23,000.00 | 13,442.87 | | 13,442.87 | FA |
| 3.  1975 BUIC 538 TL | 17,000.00 | 12,464.87 | | 12,464.87 | FA |
| 4.  1979 BUIC 102 TL | 20,000.00 | 12,953.87 | | 12,953.87 | FA |
| 5.  1979 BUIC 102 TL | 20,000.00 | 12,953.87 | | 12,953.87 | FA |
| 6.  1974 BUTL IDE TN | 17,000.00 | 12,464.87 | | 12,464.87 | FA |
| 7.  1972 BUTL IDE TN | 16,000.00 | 12,301.87 | | 12,301.87 | FA |
| 8.  1983 LUFK SPE TL | 10,000.00 | 11,323.87 | | 11,323.87 | FA |
| 9.  1986 HMDE TLR - SPLA | 10,000.00 | 11,323.87 | | 11,323.87 | FA |
| 10. 1986 HOME POL TL | 7,500.00 | 10,916.37 | | 10,916.37 | FA |
| 11. 1987 HMDE WD TR | 7,500.00 | 10,916.37 | | 10,916.37 | FA |
| 12. 1968 HILL POL TL | 7,500.00 | 10,916.37 | | 10,916.37 | FA |
| 13. 1980 DATS 266 TL | 7,500.00 | 10,916.37 | | 10,916.37 | FA |
| 14. 2003 PITT KB4 TL | 10,000.00 | 11,323.87 | | 11,323.87 | FA |
| 15. 2004 EVAN D45 TL | 15,000.00 | 12,138.87 | | 12,138.87 | FA |
| 16. 1991 PALM TA2 TL | 10,000.00 | 11,323.87 | | 11,323.87 | FA |
| 17. 2003 HMDE - 2831 | 6,500.00 | 10,753.37 | | 10,753.37 | FA |
| 18. 2008 UTLL FLA TL | 7,500.00 | 10,916.37 | | 10,916.37 | FA |
| 19. 2000 UTIL TR | 7,500.00 | 10,916.37 | | 10,916.37 | FA |
| 20. 2000 UTIL FLA TL | 7,500.00 | 10,916.37 | | 10,916.37 | FA |
| 21. 2000 UTIL FLA TL | 7,500.00 | 10,916.37 | | 10,916.37 | FA |
| 22. 2000 UTIL FLA TL | 7,500.00 | 10,916.37 | | 10,916.37 | FA |
| 23. 2003 UT FLT TL | 10,500.00 | 11,405.37 | | 11,405.37 | FA |
| 24. 2003 UT TL | 10,500.00 | 11,405.37 | | 11,405.37 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 18-50885 | KMS | Judge: | Katharine M. Samson | Trustee Name: | Kimberly R. Lentz |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CHARLES EVANS TRUCKING, INC. | | | | Date Filed (f) or Converted (c): | 05/04/2018 (f) |
| | | | | | 341(a) Meeting Date: | 06/12/2018 |
| For Period Ending: | 12/15/2020 | | | | Claims Bar Date: | 01/28/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. 2003 UT TR | 10,500.00 | 11,405.37 | | 11,405.37 | FA |
| 26. 2003 UT TR | 10,500.00 | 11,405.37 | | 11,405.37 | FA |
| 27. 2003 UT TR | 10,500.00 | 11,405.37 | | 11,405.37 | FA |
| 28. 2003 UT TR | 10,500.00 | 11,405.37 | | 11,405.37 | FA |
| 29. 2003 UT TL | 10,500.00 | 11,405.37 | | 11,405.37 | FA |
| 30. 2003 UT TR | 10,500.00 | 11,405.37 | | 11,405.37 | FA |
| 31. 2003 UT TL | 10,500.00 | 11,405.37 | | 11,405.37 | FA |
| 32. 2001 UT TR | 8,000.00 | 10,997.87 | | 10,997.87 | FA |
| 33. 2001 UT TL | 8,000.00 | 10,997.87 | | 10,997.87 | FA |
| 34. 2001 UT TL | 8,000.00 | 10,997.87 | | 10,997.87 | FA |
| 35. 2001 UT TL | 8,000.00 | 10,997.87 | | 10,997.87 | FA |
| 36. 2003 NT TL | 9,500.00 | 11,242.37 | | 11,242.37 | FA |
| 37. 2003 UT TL | 9,500.00 | 11,242.37 | | 11,242.37 | FA |
| 38. 2003 UT TL | 9,500.00 | 11,242.37 | | 11,242.37 | FA |
| 39. 2003 UT TR | 9,500.00 | 11,242.37 | | 11,242.37 | FA |
| 40. 2001 UT TR | 7,500.00 | 10,916.37 | | 10,916.37 | FA |
| 41. 2000 UT TR | 7,500.00 | 10,916.37 | | 10,916.37 | FA |
| 42. 1999 UT TR | 8,500.00 | 11,079.37 | | 11,079.37 | FA |
| 43. 1997 MERR TRL TL | 20,000.00 | 12,953.87 | | 12,953.87 | FA |
| 44. 1979 BUIC 102 TL | 18,000.00 | 12,627.87 | | 12,627.87 | FA |
| 45. 1980 UL BUL TL | 20,000.00 | 12,953.87 | | 12,953.87 | FA |
| 46. 1978 FRUE CMZ TL | 18,000.00 | 12,627.87 | | 12,627.87 | FA |
| 47. 2007 PTRB 379 DS | 42,500.00 | 16,621.37 | | 16,621.37 | FA |
| 48. 2003 PTRB 379 DS | 24,925.00 | 13,638.37 | | 13,638.37 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| Case No: | 18-50885 | KMS | Judge: | Katharine M. Samson | Trustee Name: | Kimberly R. Lentz |
|---|---|---|---|---|---|---|
| Case Name: | CHARLES EVANS TRUCKING, INC. | | | | Date Filed (f) or Converted (c): | 05/04/2018 (f) |
| | | | | | 341(a) Meeting Date: | 06/12/2018 |
| For Period Ending: | 12/15/2020 | | | | Claims Bar Date: | 01/28/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 49.  2007 PTRB 379 DS | 42,500.00 | 16,621.74 | | 16,621.74 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $623,425.00          $576,500.00          $576,500.00          $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


Initial Projected Date of Final Report (TFR): 09/27/2019          Current Projected Date of Final Report (TFR): 09/15/2021

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 18-50885
Case Name: CHARLES EVANS TRUCKING, INC.
Trustee Name: Kimberly R. Lentz
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0212
Checking
Taxpayer ID No: XX-XXX8577
Blanket Bond (per case limit): $33,628,643.00
For Period Ending: 12/15/2020
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/27/18 | | BANK OF WIGGINS | SALE OF EQUIPMENT | | $101,500.00 | | $101,500.00 |
| | | | Gross Receipts $576,500.00 | | | | |
| | | bank of wiggins | PAYOFF LIEN ($475,000.00) | 4210-000 | | | |
| | 1 | | 2000 FLS UTLL TR $10,916.37 | 1129-000 | | | |
| | 2 | | 1981 FRUE TR $13,442.87 | 1129-000 | | | |
| | 3 | | 1975 BUIC 538 TL $12,464.87 | 1129-000 | | | |
| | 4 | | 1979 BUIC 102 TL $12,953.87 | 1129-000 | | | |
| | 5 | | 1979 BUIC 102 TL $12,953.87 | 1129-000 | | | |
| | 6 | | 1974 BUTL IDE TN $12,464.87 | 1129-000 | | | |
| | 7 | | 1972 BUTL IDE TN $12,301.87 | 1129-000 | | | |
| | 8 | | 1983 LUFK SPE TL $11,323.87 | 1129-000 | | | |
| | 9 | | 1986 HMDE TLR - SPLA $11,323.87 | 1129-000 | | | |
| | 10 | | 1986 HOME POL TL $10,916.37 | 1129-000 | | | |
| | 11 | | 1987 HMDE WD TR $10,916.37 | 1129-000 | | | |
| | 12 | | 1968 HILL POL TL $10,916.37 | 1129-000 | | | |
| | 13 | | 1980 DATS 266 TL $10,916.37 | 1129-000 | | | |
| | 14 | | 2003 PITT KB4 TL $11,323.87 | 1129-000 | | | |
| | 15 | | 2004 EVAN D45 TL $12,138.87 | 1129-000 | | | |
| | 16 | | 1991 PALM TA2 TL $11,323.87 | 1129-000 | | | |
| | 17 | | 2003 HMDE - 2831 $10,753.37 | 1129-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*   Page Subtotals:   $101,500.00   $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 18-50885
Case Name: CHARLES EVANS TRUCKING, INC.
Taxpayer ID No: XX-XXX8577
For Period Ending: 12/15/2020

Trustee Name: Kimberly R. Lentz
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0212
Checking
Blanket Bond (per case limit): $33,628,643.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 18 | | 2008 UTLL FLA TL $10,916.37 | 1129-000 | | | |
| | 19 | | 2000 UTIL TR $10,916.37 | 1129-000 | | | |
| | 20 | | 2000 UTIL FLA TL $10,916.37 | 1129-000 | | | |
| | 21 | | 2000 UTIL FLA TL $10,916.37 | 1129-000 | | | |
| | 22 | | 2000 UTIL FLA TL $10,916.37 | 1129-000 | | | |
| | 23 | | 2003 UT FLT TL $11,405.37 | 1129-000 | | | |
| | 24 | | 2003 UT TL $11,405.37 | 1129-000 | | | |
| | 25 | | 2003 UT TR $11,405.37 | 1129-000 | | | |
| | 26 | | 2003 UT TR $11,405.37 | 1129-000 | | | |
| | 27 | | 2003 UT TR $11,405.37 | 1129-000 | | | |
| | 28 | | 2003 UT TR $11,405.37 | 1129-000 | | | |
| | 29 | | 2003 UT TL $11,405.37 | 1129-000 | | | |
| | 30 | | 2003 UT TR $11,405.37 | 1129-000 | | | |
| | 31 | | 2003 UT TL $11,405.37 | 1129-000 | | | |
| | 32 | | 2001 UT TR $10,997.87 | 1129-000 | | | |
| | 33 | | 2001 UT TL $10,997.87 | 1129-000 | | | |
| | 34 | | 2001 UT TL $10,997.87 | 1129-000 | | | |
| | 35 | | 2001 UT TL $10,997.87 | 1129-000 | | | |
| | 36 | | 2003 NT TL $11,242.37 | 1129-000 | | | |
| | 37 | | 2003 UT TL $11,242.37 | 1129-000 | | | |
| | 38 | | 2003 UT TL $11,242.37 | 1129-000 | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*    Page Subtotals:    $0.00    $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 18-50885  
Case Name: CHARLES EVANS TRUCKING, INC.  
Trustee Name: Kimberly R. Lentz  
Bank Name: Axos Bank  
Account Number/CD#: XXXXXX0212  
Checking  

Taxpayer ID No: XX-XXX8577  
For Period Ending: 12/15/2020  
Blanket Bond (per case limit): $33,628,643.00  
Separate Bond (if applicable):  

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 39 | | 2003 UT TR | $11,242.37 | 1129-000 | | |
| | 40 | | 2001 UT TR | $10,916.37 | 1129-000 | | |
| | 41 | | 2000 UT TR | $10,916.37 | 1129-000 | | |
| | 42 | | 1999 UT TR | $11,079.37 | 1129-000 | | |
| | 43 | | 1997 MERR TRL TL | $12,953.87 | 1129-000 | | |
| | 44 | | 1979 BUIC 102 TL | $12,627.87 | 1129-000 | | |
| | 45 | | 1980 UL BUL TL | $12,953.87 | 1129-000 | | |
| | 46 | | 1978 FRUE CMZ TL | $12,627.87 | 1129-000 | | |
| | 47 | | 2007 PTRB 379 DS | $16,621.37 | 1129-000 | | |
| | 48 | | 2003 PTRB 379 DS | $13,638.37 | 1129-000 | | |
| | 49 | | 2007 PTRB 379 DS | $16,621.74 | 1129-000 | | |
| 03/11/19 | 2001 | Kimberly R. Lentz<br>Post Office Box 927<br>Gulfport, MS 39502 | BOND REIMBURSEMENT | 2300-000 | | $30.45 | $101,469.55 |
| 03/20/19 | 2002 | BEN YOUNG<br>ALEXANDER, VAN LOON, SLOAN,<br>LEVENS AND FAVRE, PLLC<br>9490 THREE RIVERS ROAD<br>GULFPORT MS 39503-4248 | ACCOUNTANT FEES AND EXPENSES<br>PER DKT#54 | | | $1,530.12 | $99,939.43 |
| | | BEN YOUNG | | ($1,430.12) | 3410-000 | | |
| | | BEN YOUNG | | ($100.00) | 3420-000 | | |
| 11/07/19 | 2003 | LENTZ & LITTLE PA<br>PO BOX 927<br>GULFPORT, MS 39502 | ATTORNEY FEES AND EXPENSES<br>per dkt#58 | | | $8,693.54 | $91,245.89 |
| | | LENTZ & LITTLE PA | | ($8,452.50) | 3110-000 | | |
| | | LENTZ & LITTLE PA | | ($241.04) | 3120-000 | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*  Page Subtotals: $0.00  $10,254.11

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 18-50885
Case Name: CHARLES EVANS TRUCKING, INC.
Taxpayer ID No: XX-XXX8577
For Period Ending: 12/15/2020

Trustee Name: Kimberly R. Lentz
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0212
Checking
Blanket Bond (per case limit): $33,628,643.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/20 | 2004 | LENTZ & LITTLE PA<br>PO BOX 927<br>GULFPORT, MS 39502 | ATTORNEY FEES AND EXPENSES<br>per dkt#92 | | | $1,528.50 | $89,717.39 |
| | | LENTZ & LITTLE PA | ($1,505.00) | 3110-000 | | | |
| | | LENTZ & LITTLE PA | ($23.50) | 3120-000 | | | |
| 11/17/20 | 2005 | BEN YOUNG<br>9490 THREE RIVERS ROAD<br>GULFPORT, MS 39503 | ACCOUNTANT FEES AND EXPENSES<br>per dkt#93 | | | $898.00 | $88,819.39 |
| | | BEN YOUNG | ($798.00) | 3410-000 | | | |
| | | BEN YOUNG | ($100.00) | 3420-000 | | | |
| 11/17/20 | 2006 | Ramco Inc. D/B/A Pinebelt Oil Company<br>343 Hwy 589 / Po Box 429<br>Purvis, Ms 39475 | Partial Distribution to claim 1 creditor account # representing a payment of 1.56 % per court order. | 7100-000 | | $55,000.00 | $33,819.39 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $101,500.00 | $67,680.61 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $101,500.00 | $67,680.61 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $101,500.00 | $67,680.61 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*   Page Subtotals:   $0.00   $57,426.50

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0212 - Checking | $101,500.00 | $67,680.61 | $33,819.39 |
| | $101,500.00 | $67,680.61 | $33,819.39 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $475,000.00 |
| Total Net Deposits: | $101,500.00 |
| Total Gross Receipts: | $576,500.00 |

# Southern District of Mississippi
# Claims Register

### 18-50885-KMS Charles Evans Trucking, Inc.

**Judge:** Katharine M. Samson  
**Chapter:** 7  
**Office:** Gulfport-6 Divisional Office  
**Last Date to file claims:** 01/28/2019  
**Trustee:** Kimberly R. Lentz  
**Last Date to file (Govt):**

| | | |
|---|---|---|
| *Creditor:* (4558021)<br>RAMCO INC. d/b/a Pinebelt Oil Company<br>343 Hwy 589 / PO Box 429<br>Purvis, MS 39475 | **Claim No: 1**<br>*Original Filed Date:* 08/30/2018<br>*Original Entered Date:* 08/30/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Robert Alan Byrd<br>*Modified:* |

Amount claimed: $3516111.01

*allowed* (handwritten)

*History:*

- Details  1-1  08/30/2018  Claim #1 filed by RAMCO INC. d/b/a Pinebelt Oil Company, Amount claimed: $3516111.01 (Byrd, Robert)
- 36  10/25/2018  Objection to Claim 1 by Claimant Ramco Inc., d/b/a Pine Belt Oil Company. Date of Service: 10/25/2018. Filed by Debtor Charles Evans Trucking, Inc.. Response due by 11/26/2018. **Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties.** (Newman, J.)
- 82  05/15/2020  Order Regarding Objection to Claim 1 - RAMCO, Inc. d/b/a Pine Belt Oil. (RE: related document(s)36 Objection to Claim with 30 day notice filed by Debtor Charles Evans Trucking, Inc.). (Wise, Katie)

*Description:*  
*Remarks:*

## Claims Register Summary

**Case Name:** Charles Evans Trucking, Inc.  
**Case Number:** 18-50885-KMS  
**Chapter:** 7  
**Date Filed:** 05/04/2018  
**Total Number Of Claims:** 1

| Total Amount Claimed* | $3516111.01 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | | |
| Priority | | |

| Administrative | | |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/30/2020 11:02:18 | | | |
| PACER Login: | trusteelentz | Client Code: | |
| Description: | Claims Register | Search Criteria: | 18-50885-KMS Filed or Entered From: 1/1/1986 Filed or Entered To: 9/30/2020 |
| Billable Pages: | 1 | Cost: | 0.10 |
| Exempt flag: | Not Exempt | Exempt reason: | Not Exempt |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 18-50885-KMS
Case Name: CHARLES EVANS TRUCKING, INC.
Trustee Name: Kimberly R. Lentz

| | | |
|---|---|---|
| Balance on hand | $ | 33,819.39 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Kimberly R. Lentz | $ 32,075.00 | $ 0.00 | $ 32,075.00 |
| Trustee Expenses: Kimberly R. Lentz | $ 223.30 | $ 0.00 | $ 223.30 |
| Attorney for Trustee Fees: LENTZ & LITTLE PA | $ 9,957.50 | $ 9,957.50 | $ 0.00 |
| Attorney for Trustee Expenses: LENTZ & LITTLE PA | $ 264.54 | $ 264.54 | $ 0.00 |
| Accountant for Trustee Fees: BEN YOUNG | $ 2,228.12 | $ 2,228.12 | $ 0.00 |
| Accountant for Trustee Expenses: BEN YOUNG | $ 200.00 | $ 200.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 32,298.30 |
| Remaining Balance | $ 1,521.09 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,516,111.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Ramco Inc. D/B/A Pinebelt Oil Company | $ 3,516,111.01 | $ 55,000.00 | $ 1,521.09 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,521.09 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE