

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 26, 2021**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# UNITED STATES BANKRUPTCY COURT
## IN THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

In re:
**CHARLES EVANS TRUCKING, INC.**                    **Case No. 18-50885-KMS**

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT OF ADMINISTRATION OF ESTATE, REPORT OF RECEIPTS AND DISBURSEMENTS, APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES, AND NOTICE OF PROPOSED DISTRIBUTION (DKT#100)

THIS DAY this cause came before the Court on the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution; and the Court having fully reviewed the same finds that said Final Report should be approved as set forth herein.

IT IS THEREFORE ORDERED that the Trustee's Final Report and Account of Administration of Estate, Report of Receipts and Disbursements, Application for Compensation and Notice of Proposed Distribution is hereby approved, and the Trustee is hereby authorized and directed to distribute the funds of this estate as set forth below, to be adjusted for additional estate earned interest, if any.

| Name of Party: | Description: | Amount: |
| --- | --- | --- |
| Chapter 7 Admin. Expenses: | | |
| Kimberly R. Lentz | Trustee Compensation | $32,075.00 |
| Kimberly R. Lentz | Trustee Expenses | $223.30 |
| BEN YOUNG | Accountant for Trustee Fees (Other Firm) | $0.00 |
| BEN YOUNG | Accountant for Trustee Expenses (Other Firm) | $0.00 |
| LENTZ & LITTLE PA | Attorney for Trustee Fees (Trustee Firm) | $0.00 |

| | | | |
|---|---|---|---|
| LENTZ & LITTLE PA | Attorney for Trustee Expenses (Trustee Firm) | $0.00 | |
| | TOTAL Chapter 7 Admin. Expenses | | $32,298.30 |
| Chapter 11 Admin. Expenses: | | | |
| | TOTAL Chapter 11 Admin. Expenses | | $0.00 |
| Secured Claims: | | | |
| | TOTAL Secured Claims | | $0.00 |
| Judgement Lienholders: | | | |
| | TOTAL Judgement Lienholders | | $0.00 |
| Priority Claims: | | | |
| | TOTAL Priority Claims | | $0.00 |
| Unsecured Claims: | | | |
| Ramco Inc. D/B/A Pinebelt Oil Company | General Unsecured 726 | $1,521.09 | |
| | TOTAL Unsecured Claims | | $1,521.09 |
| Back to Debtor: | | | |
| | TOTAL Back to Debtor | | $0.00 |
| Other: | | | |
| | TOTAL Other | | $0.00 |
| | TOTAL FUNDS TO BE DISBURSED | | $33,819.39 |

IT IS FURTHER ORDERED that the trustee shall make all disbursements authorized herein within ten (10) days of this Order becoming final and non-appealable.

IT IS FURTHER ORDERED that within ninety (90) days after the distribution of estate funds the Trustee shall stop payment on any check remaining unpaid and any remaining property of the estate shall be paid into the Court and disposed of under Chapter 129 of Title 28.

IT IS FURTHER ORDERED that within 125 days of the entry of the Order the Trustee will provide to the United States Trustee the Trustee's Distribution Report in accordance with the policy and procedures of the Office of the United States Trustee.

**Order prepared and submitted by:**
KIMBERLY R. LENTZ, Trustee
2505 14th Street, Suite 500
Gulfport, MS 39501
Telephone: (228)867-6050